# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TIM REICHHART, | } | CASE NO. 3:13-cv-317 |
| | } | |
| Plaintiff, | } | JUDGE: David A. Katz |
| | } | |
| v. | } | **NOTICE OF SETTLEMENT** |
| | } | |
| MONARCH RECOVERY MANAGEMENT, INC. | } } | |
| | } | |
| Defendant. | } | |

Plaintiff TIM REICHHART, by and through undersigned counsel, states that the parties have reached a mutual agreement to settle the above-captioned matter and that a Notice of Dismissal will be forthcoming.

                                                                                          Respectfully Submitted,

                                                                                          KAHN & ASSOCIATES, L.L.C.

                                                                                          /s/ J. Daniel Scharville
                                                                                          J. DANIEL SCHARVILLE (0071132)
                                                                                          6200 Rockside Woods Blvd – Suite 215
                                                                                          Independence, Ohio 44131
                                                                                          (216) 621-6101
                                                                                          (216) 621-6006 Facsimile
                                                                                          Attorney for Plaintiff