**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| TIM REICHHART, | } | Civil Action 3:13-cv-317 |
| | } | |
|     Plaintiff, | } | JUDGE: David A. Katz |
| | } | |
|     v. | } | |
| | } | |
| MONARCH RECOVERY | } | |
| MANAGEMENT, INC, | } | |
| | } | |
|     Defendant. | } | |
| _____/ | | |

## STIPULATED DISMISSAL ENTRY

Now come the parties, by and through undersigned counsel and hereby stipulate that the

within matter is settled and dismissed with prejudice. Each party to bear their own fees and costs.

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.                    JANIK L.L.P.


*/s/ J. Daniel Scharville*                    */s/ Sean T. Needham (per consent 10/24/13)*
J. DANIEL SCHARVILLE (0071132)         SEAN T. NEEDHAM (0081382)
6200 Rockside Woods Blvd – Suite 215    9200 South Hills Boulevard, Suite 300
Independence, Ohio 44131                Cleveland, Ohio 44147-3521
(216) 621-6101                          (440) 838-7600
(216) 621-6006 Facsimile                (440) 838-7601 Facsimile
Attorney for Plaintiff                  Attorney for Defendant