# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TIM REICHHART, | } | Civil Action 3:13-cv-317 |
| Plaintiff, | } | JUDGE: David A. Katz |
| v. | } | |
| MONARCH RECOVERY MANAGEMENT, INC, | } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Stipulated Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS __28th__ day of __October__, 2013.

> *s/ David A. Katz*
> Judge David A. Katz